# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv596

| | |
|---|---|
| KLINGSPOR ABRASIVES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JAMES D. WOOLSEY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's motions for admission of attorneys Tiffany C. Alvoid and Hal K. Gillespie as counsel *pro hac vice*. [Docs. 2, 3].

Upon careful review and consideration, **IT IS, THEREFORE, ORDERED** that Defendant's motions [Docs. 2, 3] are **ALLOWED**, and Tiffany C. Alvoid and Hal K. Gillespie are hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: December 22, 2008

Martin Reidinger
United States District Judge