UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:08CV152

| KLINGSPOR ABRASIVES, INC., | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| JAMES D. WOOLSEY, | ) |
| Defendant. | ) |

## ORDER TO STAY PROCEEDINGS

This cause coming on before the undersigned upon the motion of the plaintiff, Klingspor Abrasives, Inc., that all other proceedings in this matter be stayed until resolution of plaintiff's motion to remand and it appearing to the undersigned that said motion is meritorious and should be granted and that all parties hereto have consented to the granting of said motion;

IT IS HEREBY ORDERED that all proceedings in this matter are stayed until the Court has ruled on plaintiff's motion to remand.

**SO ORDERED**.

Signed: January 7, 2009

Carl Horn, III
United States Magistrate Judge