# United States District Court
# For The Western District of North Carolina
# Statesville Division

KLINGSPOR ABRASIVES, INC.,

    Plaintiff(s),

vs.

JAMES D. WOOLSEY,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:08CV152

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 31, 2009, Order.

Signed: July 31, 2009

Frank G. Johns, Clerk
United States District Court